TODD BLANCHE
Acting Attorney General
BRETT A. SHUMATE
Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
California State Bar No. 330533
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
EDWARD CROOKE
JENNIFER CHORPENING
MARTHA GLOVER
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 514-8112; Fax: (202) 305-4117
    E-mail: Jennifer.Chorpening@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT

05/01/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KD _____ DEPUTY

**(UNDER SEAL)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>        v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 5:15-cv-00712-JLS (SPx)<br><br>THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex* | No. 2:17-cv-05103 JLS (SPx) |

*rel*. **[UNDER SEAL]**,

      Plaintiff[s],

          v.

**[UNDER SEAL]**,

      Defendant[s].

THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,

      Plaintiff[s],

          v.

**[UNDER SEAL]**,

Defendant[s].

No. EDCV 18-07912 JLS (SPx)

THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT]

TODD BLANCHE
Deputy Attorney General
BRETT A. SHUMATE
Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
HUNTER B. THOMSON, AUSA
Acting Chief, Civil Fraud Section
California State Bar No. 330533
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
EDWARD CROOKE
JENNIFER CHORPENING
MARTHA GLOVER
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 514-8112; Fax: (202) 305-4117
    E-mail: Jennifer.Chorpening@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RAPPORT,<br><br>        Plaintiff,<br><br>        v.<br><br>PENCHENG ALUMINUM ENTERPRISE, INC., ET AL.<br><br>        Defendants. | No. 5:15-cv-00712-JLS (SPx)<br><br>THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT] |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SHEN, | No. 2:17-cv-05103 JLS (SPx)<br><br>THE UNITED STATES' NOTICE OF |

Plaintiff,

v.

ZHONGTIAN LIU, ET AL.

Defendants.

ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.* ALUMINUM EXTRUDERS COUNCIL,

Plaintiff,

v.

CHINA ZHONGWANG HOLDINGS LTD., *et al.*,

Defendants.

No. EDCV 18-07912 JLS (SPx)

THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT

**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**

[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER AND CONSENT JUDGMENT]

1.      Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in part in this action. The United States is intervening in this action as against Defendants Scuderia Development, LLC; 1001 Doubleday, LLC; Von Karman-Main Street, LLC; 10681 Production Avenue, LLC; Perfectus Aluminum, Inc.; and Perfectus Aluminum Acquisitions, Inc.[1] (collectively the "Intervened Defendants"), and declining to intervene against Defendants Liaoning Zhongwang Group Co. Ltd.; China Zhongwang Holdings Limited; Liaoyang Zhongwang Aluminum Profile Co. Ltd.; Dragonluxe Limited; Dalian Liwang Trade Co., Ltd.; Tianjin Boruixin Trading Co., Ltd.; John Does 1-10 (Aluminum Extruders Council Complaint); Zhongtian Liu, Zuopeng Liu; Xianxue Wang; Zhijie Wang; ZhaoHua Chen; Xiangchun "Johnson" Shao; Scuderia Capital Partners, Inc.; John Does 1-50 (Shen complaint).[2] The United States, Relators, and the Intervened Defendants are concurrently filing a Proposed Order that includes a joint consent judgment against the Intervened Defendants, the dismissal of this action, and the lifting of the seal.

2.      In light of the agreed resolution of this matter, the United States requests that dismissal of this action as against the Intervened Defendants should be with prejudice as to Relators and the United States. The United States understands Relators have chosen to dismiss the action voluntarily with respect to the Non-Intervened Defendants, a notice Relators will file separately with this Court, and the United States consents to such dismissal so long as such dismissal is without prejudice to the United States.

3.      Finally, the United States hereby applies for a partial lifting of the seal in order to release publicly the Relators' Complaints, any amended complaints, this notice,

[1] Defendants Pengcheng Aluminum Enterprise, Inc., USA, Transport Aluminum, Inc., Global Aluminum (USA), Inc., and Evolution Aluminum, Inc. were merged to form Pefectus Acquisitions, Inc.

[2] In May 2023, the United States settled with Defendant Aluminum Shapes, LLC and filed a notice of dismissal.

1

the consent judgment, and all subsequent filings following this Notice of Election.

4. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

5. The United States also requests that this Court retain jurisdiction over the any disputes among and between Relators regarding share apportionment or any disputes between the parties related to the settlement agreement entered into in and among the parties.

6. A proposed order accompanies this Notice.

Respectfully submitted,

Dated: May 1, 2026

TODD BLANCHE
Acting Attorney General
BRETT A. SHUMATE
Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division

JAMIE ANN YAVELBERG
EDWARD CROOKE
JENNIFER CHORPENING
MARTHA GLOVER
Attorneys, Civil Division

/s/ Hunter B. Thomson
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section

Attorneys for the United States of America

2

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

I served THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND DECLINE IN PART AND PROPOSED CONSENT JUDGMENT on each person or entity named below by e-mail.

Date of e-mailing:  May 1, 2026.  Place of e-mailing:  Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

| | |
|---|---|
| Donald R. Warren | John K. Ly |
| Phillip E. Benson | Jason Liang |
| Warren - Benson Law Group | Liang Ly LLP |
| 4025 Camino Del Rio South, Suite 300 | 601 S Figueroa St, Ste 1950 |
| San Diego, CA 92108 | Los Angeles, CA 90017 |
| donwarren@warrenbensonlaw.com | jly@lianglyllp.com |
| philbenson@warrenbensonlaw.com | jliang@lianglyllp.com |
| Counsel for Relator Rapport | Counsel for Relator Shen |

Ralph J. Caccia
Stephen J. Obermeier
Enbar Toledano
Wiley Rein LLP
2050 M St NW
Washington, DC 20036
rcaccia@wiley.law
sobermeier@wiley.law
etoledano@wiley.law
Counsel for Relator Aluminum
Extruders Council

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed on May 1, 2026, at Los Angeles, California.

/s/ Hunter B. Thomson
HUNTER B. THOMSON